November 04,2015

CLERK,ABEL ACOSTA

COURT OF CRIMINAL APPEALS

OF TEXAS

P.O.BOX 12308

CAPITOL STATION

AUSTIN,TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta, Clerk

RE:Request for copy of

Memorandum Opinion/Petition for Discretionary

Review,from Maurice Dancy,case number

in the trial court.20,299-99th District Court

of Lubbock County,Texas


Dear Clerk:

Please send me the decision and all information involving the

trial court case number.20,299,from the 99th District Court of

Lubbock County,Texas,Maurice Dancy v.State,from a judgment entere

ed in 1980,and this court's(Court of Criminal Appeals of Texas)

decision of his Petition for Discretionary Review.

Thank you in advance for your immediate response to the above

requested information.


Respectfully requested,

MAURICE DANCY 316646

MR.MAURICE DANCY#316646

Coffield Unit

2661 FM 2054

Tennessee Colony,Tx.75884